# UNITED STATES DISTRICT COURT
for the
Southern District of Illinois

IN RE:

Richard P. Liebowitz
11 Sunrise Plaza, Suite 5
Valley Stream, NY 11580

an attorney,

Case Number:  21-mc-1-NJR

## NOTICE

A copy of an order of the District Court of the Southern District of New York dated and effective, November 30, 2020, interimly suspending you from the practice of law for pending the outcome of disciplinary proceedings has been received and filed in this Court.  Pursuant to Southern District of Illinois Local Rule 83.3(c)(2),

IT IS ORDERED that you show cause, within **30 days** after service of this Notice, why the imposition of similar discipline by this Court, consisting of interim suspension from the practice of law in this Court until further order of the Court, would be unwarranted.  If you fail to respond, this Court will impose similar discipline.

Dated: January 22, 2021

BY ORDER OF THE COURT

MARGARET M. ROBERTIE
Clerk of the Court