UNITED STATES DISTRICT COURT
for the
Southern District of Illinois

**FILED**

**MAR 2 2 2021**

CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF ILLINOIS
EAST ST. LOUIS OFFICE

IN RE:

Richard Liebowitz
11 Sunrise Plaza, Suite 5
Valley Stream, NY 11580

Case Number: 21-mc-1-NJR

an attorney,

## ORDER

A copy of an order of the District Court of the State of New York dated November 30, 2020, interimly suspending you from the practice of law pending the outcome of disciplinary proceedings, has been filed in this Court. Pursuant to Southern District of Illinois Local Rule 83.3(c),

**IT IS ORDERED** that Richard Liebowitz is suspended from the practice of law in this Court, consisting of interim suspension, effective immediately, and his name shall be stricken from the role of attorneys admitted to practice before this Court. Attorney Richard Liebowitz may seek reinstatement at the end of this period of suspension by filing a petition for reinstatement pursuant to Local Rule 83.4.

Dated: 3-22-21

Chief Judge Nancy J. Rosenstengel

Judge Staci M. Yandle

Judge Stephen P. McGlynn

Judge David W. Dugan

Judge J. Phil Gilbert