

# UNITED STATES DISTRICT COURT
## Southern District of Illinois

**Margaret M. Robertie**　　　　　　　　　　　　　　　　　　　　　**Tel: 618.482.9371**
**Clerk of Court**　　　　　　　　　　　　　　　　　　　　　　　　　　**Fax: 618.482.9383**

**OFFICE OF THE CLERK**
**750 MISSOURI AVENUE**
**EAST ST. LOUIS, ILLINOIS 62201**

March 22, 2021

**Richard P Liebowitz**
11 Sunrise Plaza, Suite 5
Valley Stream, NY 11580

Dear Attorney Liebowitz,

Our records indicate that no response was received to a Notice from this Court dated January 22, 2021, regarding your discipline by the Supreme Court of the State of Southern District of New York. I have enclosed a copy of an Order Imposing Discipline entered on March 22, 2021.

This action was taken in accordance with Southern District of Illinois Local Rule 83.3(c) which provides for the imposition of identical discipline by this Court. You should consult Local Rule 83.4 if, after this period of suspension expires, you wish to be reinstated in this district court.

Please contact this office if you have any questions.

Very truly yours,


*s/ Tamra Baugh*
Deputy Clerk


Enclosure

cc:　　Clerk of the Court


AA-06
Rev. 4/12